IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| **JAMES E. FILLMORE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 12-241** |
| | ) | |
| **MIDLAND FUNDING, LLC;** | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT OF**
**DEFENDANT MIDLAND FUNDING, LLC**

Pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Midland Funding, LLC certifies that the general nature and purpose of Midland Funding, LLC is purchasing consumer debts. Midland Funding LLC is a wholly owned subsidiary of Encore Capital Group, Inc., a publicly held company. Encore Capital Group, Inc. trades under NASDAQ symbol ECPG.

Dated:  April 6, 2012.

/s/ Jason B. Tompkins
One of the Attorneys for Defendant
Midland Funding, LLC

1202598.2

**OF COUNSEL**:
Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone:  (205)251-8100
Facsimile:  (205)226-8798
elangley@balch.com
jtompkins@balch.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of April, 2012, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification to the following counsel of record:

Mr. John R. Cox
Post Office Box 3075
Daphne, Alabama 36526
jrc@jrcoxlaw.com

                                            /s/ Jason B. Tompkins
                                            Of Counsel