IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. FILLMORE, | : | |
| Plaintiff, | : | |
| v. | : | CA 1:12-00241-CG-C |
| MIDLAND FUNDING, LLC, | : | |
| Defendant. | : | |

## ORDER

The Rule 16(b) Scheduling Order (Doc. 8), entered on June 5, 2012, noted that "[t]he parties' [Rule 26(f) submission failed to] provide[] their views and proposals with regard to how they will preserve and produce [electronically store information or] ESI[,]" and ordered the parties to supplement their Rule 26(f) submission with this information no later than June 19, 2012. (*Id.*, ¶ 18.) Because such a supplement has not been filed to date, the parties now are **ORDERED** to provide the Court with the requested information no later than **July 16, 2012**.

**DONE** this the 9th day of July, 2012.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

1