**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES E. FILLMORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0241-CG-C** |
| | ) | |
| **MIDLAND FUNDING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties having filed a stipulation of dismissal with prejudice on July 16, 2012 (Doc. 11), the plaintiff's claims against Midland Funding, LLC are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own attorney's fees and costs.

**DONE and ORDERED** this 17th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE